[No. 20821–7–I.  Division One.  December 27, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. DALE THOMAS SHEPHERD, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–01859–4, Richard M. Ishikawa, J., entered August 5, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Pekelis, JJ.